**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Angelino RODRIGUEZ-BARCENAS,**
**a.k.a. Manuel Honorio Rodriguez,**
**Defendant-Appellant.**

**No. 15-50394**

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 18, 2017

---

\* The panel unanimously concludes this case is suitable for decision without oral argument.

Matthew Sutton, Helen H. Hong, Assistant U.S. Attorneys, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Angelino Rodriguez-Barcenas, Pro Se

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Angelino Rodriguez-Barcenas appeals from the revocation of supervised release and the 24-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rodriguez-Barcenas's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.

Because Rodriguez-Barcenas has fully served his sentence and is not subject to a term of supervised release, we dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.